No. 576. WILLIAMS ET AL. *v.* BALL, DISTRICT ATTORNEY OF ERIE COUNTY. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Peter L. Parrino* for petitioners. Respondent *pro se.*

No. 649. LAYNE, EXECUTRIX, *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Ralph Hamill* and *John P. Price* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.

No. 248, Misc. REED *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, for respondent.

No. 395, Misc. DRYMAN, ALIAS VALENTINE, *v.* MONTANA ET AL. Supreme Court of Montana. Certiorari denied. Petitioner *pro se. Forrest H. Anderson,* Attorney General of Montana, and *James J. Sinclair,* Assistant Attorney General, for respondents.

No. 430, Misc. ORLANDO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. William I. Siegel* for respondent.

No. 454, Misc. BUCHANAN *v.* McGEE, CORRECTIONS DIRECTOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 460, Misc. STOCKMAN *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondent.